Certificate Number: 13858-NJ-DE-036326905

Bankruptcy Case Number: 17-19433



13858-NJ-DE-036326905

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on February 12, 2022, at 8:35 o'clock PM EST, Patricia L Mahlke completed a course on personal financial management given by internet by MoneySharp Credit Counseling Inc., a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the District of New Jersey.

Date:   February 13, 2022              By:    /s/Nicholas Vazquez

                                       Name:  Nicholas Vazquez

                                       Title: Counselor