**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Patricia L Mahlke | Social Security number or ITIN  xxx–xx–4744 |
| | First Name   Middle Name   Last Name | EIN  __–_____ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  ____ EIN  __–_____ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 17–19433–ABA | |

# Order of Discharge                                                                                    12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Patricia L Mahlke

7/21/22

**By the court:** Andrew B. Altenburg Jr.
United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

In re:  
Patricia L Mahlke  
Debtor

Case No. 17-19433-ABA  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1    User: admin    Page 1 of 3  
Date Rcvd: Jul 21, 2022    Form ID: 3180W    Total Noticed: 32

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 23, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Patricia L Mahlke, 305 Bliss Avenue, Somers Point, NJ 08244-2203 |
| 516814154 | | American Express, Post Office Box 79998, El Paso, TX 79998 |
| 516814167 | + | Simon Hanin, 2001 East Drive, Ventnor City, NJ 08406-1253 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jul 21 2022 20:40:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jul 21 2022 20:40:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 516932662 | | Email/PDF: bncnotices@becket-lee.com | Jul 21 2022 20:46:01 | American Express Centurion Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 516814155 | | EDI: BANKAMER.COM | Jul 22 2022 00:33:00 | Bank of America, Post Office Box 982235, El Paso, TX 79998-2235 |
| 516814156 | + | EDI: CAPITALONE.COM | Jul 22 2022 00:33:00 | Capital One Bank - Lord & Taylor, PO Box 30253, Salt Lake City, UT 84130-0253 |
| 516964749 | | Email/PDF: bncnotices@becket-lee.com | Jul 21 2022 20:46:06 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 516814158 | + | EDI: CITICORP.COM | Jul 22 2022 00:33:00 | Citibank - Best Buy, Post Office Box 6497, Sioux Falls, SD 57117-6497 |
| 516814159 | | EDI: WFNNB.COM | Jul 22 2022 00:33:00 | Comenity Bank - J. Crew, Bankruptcy Department, PO Box 182125, Columbus, OH 43218-2125 |
| 516814160 | | EDI: WFNNB.COM | Jul 22 2022 00:33:00 | Comenity Bank - Victoria's Secret, Bankruptcy Department, PO Box 182125, Columbus, OH 43218-2125 |
| 516890370 | + | EDI: WFNNB.COM | Jul 22 2022 00:33:00 | Comenity Capital Bank/Paypal Credit, c/o Weinstein & Riley, PS, 2001 Western Ave., Ste 400, Seattle, WA 98121-3132 |
| 516910607 | | EDI: CRFRSTNA.COM | Jul 22 2022 00:33:00 | Credit First NA, BK13 Recovery Services, PO Box 818011, Cleveland, OH 44181-8011 |
| 516814161 | | EDI: CRFRSTNA.COM | Jul 22 2022 00:33:00 | Credit First National Association, PO Box 81315, Cleveland, OH 44181-0315 |
| 516814163 | | EDI: DISCOVER.COM | Jul 22 2022 00:33:00 | Discover Financial Services, Post Office Box 15316, Wilmington, DE 19850-5316 |
| 516814162 | + | EDI: CITICORP.COM | Jul 22 2022 00:33:00 | Department Stores National Bank - Macy's, Bankruptcy Processing, PO Box 8053, Mason, OH 45040 |

Case 17-19433-ABA   Doc 37   Filed 07/23/22   Entered 07/24/22 00:13:54   Desc Imaged
Certificate of Notice   Page 4 of 5

| District/off: 0312-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jul 21, 2022 | Form ID: 3180W | Total Noticed: 32 |

| | | | | |
|---|---|---|---|---|
| 517036075 | | EDI: Q3G.COM | Jul 22 2022 00:33:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 516823653 | | EDI: DISCOVER.COM | Jul 22 2022 00:33:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 516814164 | + | Email/Text: bknotificationdistribution@jhcapitalgroup.com | Jul 21 2022 20:41:00 | JH Portfolio Debt Equities, LLC, 5757 Phantom Drive, Suite 225, Hazelwood, MO 63042-2429 |
| 516814157 | | EDI: JPMORGANCHASE | Jul 22 2022 00:33:00 | Chase Bank, Post Office Box 15298, Wilmington, DE 19850-5298 |
| 516814165 | + | Email/Text: PBNCNotifications@peritusservices.com | Jul 21 2022 20:39:00 | Kohl's Department Store, Post Office Box 3115, Milwaukee, WI 53201-3115 |
| 517029260 | + | Email/Text: bankruptcydpt@mcmcg.com | Jul 21 2022 20:40:00 | MIDLAND FUNDING LLC, PO Box 2011, Warren, MI 48090-2011 |
| 516814166 | | Email/Text: Bankruptcy.Notices@pnc.com | Jul 21 2022 20:39:00 | PNC Bank, PO Box 3180, Pittsburgh, PA 15230 |
| 517055345 | | EDI: PRA.COM | Jul 22 2022 00:33:00 | Portfolio Recovery Associates, LLC, c/o Best Buy Credit Card, POB 41067, Norfolk VA 23541 |
| 517047282 | | EDI: Q3G.COM | Jul 22 2022 00:33:00 | Quantum3 Group LLC as agent for, JH Portfolio Debt Equities LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 518137319 | + | Email/Text: bncmail@w-legal.com | Jul 21 2022 20:40:00 | SYNCHRONY BANK, c/o Weinstein & Riley, P.S., 2001 Western Ave, Ste 400, Seattle, WA 98121, SYNCHRONY BANK, c/o Weinstein & Riley, P.S. 98121-3132 |
| 518137318 | + | Email/Text: bncmail@w-legal.com | Jul 21 2022 20:40:00 | SYNCHRONY BANK, c/o Weinstein & Riley, P.S., 2001 Western Ave, Ste 400, Seattle, WA 98121-3132 |
| 516814168 | + | EDI: WTRRNBANK.COM | Jul 22 2022 00:33:00 | TD Bank USA - Target Credit, PO Box 673, Minneapolis, MN 55440-0673 |
| 516840578 | + | Email/Text: bncmail@w-legal.com | Jul 21 2022 20:40:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 516814169 | | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Jul 21 2022 20:40:00 | Toyota Financial Services, Credit Dispute, PO Box 9786, Cedar Rapids, IA 52409-0004 |
| 517014543 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Jul 21 2022 20:40:00 | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |

TOTAL: 29

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

District/off: 0312-1 | User: admin | Page 3 of 3
Date Rcvd: Jul 21, 2022 | Form ID: 3180W | Total Noticed: 32
Date: Jul 23, 2022 | Signature: /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 21, 2022 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Rebecca Ann Solarz | on behalf of Creditor Toyota Motor Credit Corporation rsolarz@kmllawgroup.com |
| Robert A. Loefflad | on behalf of Debtor Patricia L Mahlke rloefflad@ffhlaw.com ghuie@ffhlaw.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5